CARYN KRAMER, Appellant, v PETER KRAMER, Respondent. [639 NYS2d 928]

Ordered that the judgment is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Yachnin at the Supreme Court. O'Brien, J. P., Santucci, Altman and Goldstein, JJ., concur.